# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## ST LOUIS DIVISION

| | | |
|---|---|---|
| CYNTHIA VOGELBAUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-CV-01682 ERW |
| | ) | |
| NIAGARA CREDIT SOLUTIONS, INC., | ) | Judge Webber |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO VOLUNTARILY DISMISS

NOW COMES, the Plaintiff, CYNTHIA VOGELBAUGH, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and moves this Honorable Court to dismiss this case with prejudice pursuant to a settlement reached between the parties.

WHEREFORE, Plaintiff prays that this Honorable Court dismiss this case with prejudice pursuant to a settlement between the parties.

Respectfully Submitted,
**CYNTHIA VOGELBAUGH**

By:  s/ Larry P. Smith
      Attorney for Plaintiff

Larry P. Smith
LARRY P. SMITH & ASSOCIATES, LTD.
205 N. Michigan Ave., Suite 4000
Chicago, IL 60601
Phone: (312) 222-9028
Fax:    (312) 602-3911
E-mail:  lsmith@lpsmithlaw.com